# UNITED STATES DISTRICT COURT
for the

District of Connecticut

**Harry Grodsky & Co., Inc.**

*Plaintiff*  )
 )
v. ) Case No.  **3:09-cv-00943 (PCD)**
 )
**Kevin Cwikla, et al.** )
 )
*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**see attached**.

Date: **June 29, 2011**

**/s/ Myron D. Rumeld**
*Attorney's signature*

**Myron D. Rumeld (phv04814)**
*Printed name and bar number*

**Proskauer Rose LLP**
**Eleven Times Square**
**New York, NY  10036**
*Address*

**mrumeld@proskauer.com**
*E-mail address*

**(212) 969-3021**
*Telephone number*

**(212) 969-2900**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 29, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Myron D. Rumeld**
*Attorney's signature*

**Attachment to Notice of Appearance**
**Case No. 3:09-cv-00943 (PCD)**

Counsel for:

Defendants Kevin Cwikla, Peter Gallo, William Raffile, Michael O'Sullivan, Peter Karas, William Mahoney, Gary S. Devoe, in their capacity as Trustees acting on behalf of each The Heat and Frost Insulators Local No. 33 Pension Fund, The Heat and Frost Insulators Local No. 33 Annuity Fund, and The Heat and Frost Insulators Local No. 33 Health Fund