AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

HARRY GRODSKY & CO., INC. )
       *Plaintiff* )
v. )   Civil Action No. 3:09-cv-00943 (PCD)
KEVIN CWIKLA, et al. )
       *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Kevin Cwilka, Peter Gallo, William Raffile, Michael O'Sullivan, Peter Karas, William Mahoney and Gary S. Devoe, in their capacity as Trustees acting on the behalf of each The Heat and Frost Insulators Local No. 33 Health Fund, The Heat and Frost Insulators Local No. 33 Pension Fund, and The Heat and Frost Insulators Local 33 Annuity Fund.

Date: July 8, 2011

/s/ Lissa J. Paris
       *Attorney's signature*

Lissa J. Paris - ct04251
       *Printed name and bar number*

Murtha Cullina LLP
CityPlace I- 185 Asylum Street
Hartford, CT 06103-3469
       *Address*

lparis@murthalaw.com
       *E-mail address*

(860) 240-6032
       *Telephone number*

(860) 240-6150
       *FAX number*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2011, a copy of the foregoing Appearance of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through this Court's system.

/s/ Lissa J. Paris – ct04251

2404587v1