# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MYRON D. RUMELD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 4, 1984**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 27, 2011

*(signature)*

Clerk of the Court

1572

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HARRY GRODSKY & CO., INC.<br><br>      Plaintiff,<br><br>v.<br><br>KEVIN CWIKLA and PETER GALLO and WILLIAM RAFFILE and MICHAEL O'SULLIVAN and PETER KARAS and WILLIAM MAHONEY and GARY S. DEVOE, in their capacity as TRUSTEES acting on the behalf of each THE HEAT AND FROST INSULATORS LOCAL NO. 33 HEALTH FUND; THE HEAT AND FROST INSULATORS LOCAL NO. 33 PENSION FUND; and THE HEAT AND FROST INSULATORS LOCAL NO. 33 ANNUITY FUND, and TURNER CONSTRUCTION COMPANY<br><br>      Defendants. | CIVIL ACTION NO.:<br>3:09-CV-00943 (PCD) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2011, I caused the following counsel of record to be served with a copy of the Certificate of Good Standing of Myron Rumeld via U.S. Mail:

**Benjamin M. Wattenmaker**
Feiner Wolfson
One Constitution Plaza, Suite 900
Hartford, CT 06103

**Jared Cohane**
Hinckley Allen Snyder LLP-Htfd
20 Church St.
Hartford, CT 06103

**Sabato Pellegrino Fiano**
Lieto & Greenberg, LLP
40 Reef Road
Fairfield, CT 06824

**Jacqueline M. Dorn**
Proskauer Rose LLP -NY
Eleven Times Square
New York, NY 10036-8299

**Lissa J. Paris**
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

**Bernard E. Jacques**
McElroy, Deutsch, Mulvaney & Carpenter/PH, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Julie D. Richie