UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY GRODSKY & CO., INC. | : | CIVIL ACTION NO. |
| | : | 3:09-cv-00943 (PCD) |
| V. | : | |
| | : | |
| KEVIN CWIKLA and PETER GALLO and | : | |
| WILLIAM RAFFILE and MICHAEL O'SULLIVAN | : | |
| and PETER KARAS and WILLIAM MAHONEY and | : | |
| GARY S. DEVOE, in their capacity as | : | |
| TRUSTEES acting on the behalf of each | : | |
| THE HEAT AND FROST INSULATORS LOCAL | : | |
| NO. 33 HEALTH FUND; THE HEAT AND FROST | : | |
| INSULATORS LOCAL NO. 33 PENSION FUND; | : | |
| and THE HEAT AND FROST INSULATORS | : | |
| LOCAL NO. 33 ANNUITY FUND, and | : | |
| TURNER CONSTRUCTION COMPANY | : | SEPTEMBER 12, 2011 |

**PLAINTIFF HARRY GRODSKY & CO., INC.'S FIFTH MOTION FOR
EXTENSION OF DEADLINES IN TRIAL PREPARATION ORDER**

The Plaintiff, Harry Grodsky & Co., Inc., respectfully moves this Court for a Ninety (90) day extension of the deadlines set forth in this Court's Trial Preparation Order dated November 4, 2010, which deadlines were extended by the Court on November 15, 2010, March 1, 2011, June 2, 2011, and June 14, 2011. Counsel for all parties consent to this motion.

This case is one of several cases involving the failure of Womco Insulation, Inc., Petco Insulation Co., Inc., and Incor Group, Inc., and hundreds of thousands of dollars of unpaid bills resulting therefrom.

The Plaintiff respectfully requests an additional extension of time, in that another case captioned Kevin Cwikla, et al v. Womco Insulation, Inc., et al, bearing Case No. 3:09-cv-486 (MRK), was supposed to have been decided prior to today, however, because Sabato Fiano, Esq., counsel for the Cwikla parties in all of these cases, developed lymphoma, and has

undergone an extensive inpatient treatment for same, this case has not been resolved. It is hoped that this case, which was transferred from Judge Kravitz to Judge Bryant, will be decided shortly, which should then resolve the underlying issues in this case. Extensive and detailed briefs were all submitted as of May 4, 2011, to be decided by Judge Bryant. A decision in this case will likely determine the outcome of the instant litigation. Counsel for Harry Grodsky and Co., Inc. and Counsel for Defendants, Kevin Cwikla and Peter Gallo and William Raffile And Michael O'Sullivan, and Peter Karas and William Mahoney and Gary S. Devoe, In Their Capacity As Trustees Acting On The Behalf Of Each The Heat And Frost Insulators Local No. 33 Health Fund; The Heat And Frost Insulators Local No. 33 Pension Fund; and The Heat And Frost Insulators Local No. 33 Annuity Fund, have discussed settlement. If said case is not resolved within 90 days, the parties will prepare this case for trial.

Additionally, the undersigned suggests that the parties appear before the Court for a status conference to discuss further scheduling in this case in order to appropriately utilize the judicial resources.

Accordingly, the Plaintiff requests that the deadline for completing Sections A, B, and C of the Trial Preparation Order, and Trial Readiness date be extended by Ninety (90) days, to the following dates:

| | |
|---|---|
| Section A: | From September 12, 2011, to **December 11, 2011;** |
| Section B: | From September 26, 2011, to **December 25, 2011;** |
| Section C: | From October 10, 2011, to **January 8, 2012;** and |
| Trial Readiness Date: | From October 10, 2012, to **January 8, 2012.** |

The undersigned contacted counsel for the Defendants, Myron D. Rumeld, Esquire, and counsel for Defendant, Turner Construction Company, Bernard E. Jacques, Esquire, who consent to this Motion for Extension of the Deadlines.

This is the Plaintiff's Fifth (5th) request for an extension of time with respect to this matter.

## CONCLUSION

For all of these reasons, the Plaintiff, Harry Grodsky & Co., Inc., respectfully requests that this Court grant this request for an extension of the foregoing deadlines.

                               **THE PLAINTIFF,**
                               **HARRY GRODSKY & CO., INC.**

                               By:   //s//
                                  John M. Wolfson, Esq.
                                  Federal Bar No. ct03538
                                  Benjamin M. Wattenmaker, Esq.
                                  Federal Bar No. ct26923
                                  FEINER WOLFSON LLC
                                  One Constitution Plaza
                                  Suite 900
                                  Hartford, CT 06103-2819
                                  Tel:  (860) 713-8900
                                  Fax:  (860) 713-8905
                                  jwolfson@feinerwolfson.com
                                  bwattenmaker@feinerwolfson.com

## **CERTIFICATION**

I hereby certify that, on this 12th day of September, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

**For Defendant, Turner Construction Co.**
Bernard E. Jacques, Esquire
Thomas G. Librizzi, Esquire
MCELROY, DEUTSCH, MULVANEY & CARPENTER
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 241-2662 – Bernard
Tel: (860) 241-2628 - Thomas
Fax: (860) 522-2796
bjacques@mdmc-law.com
tlibrizzi@mdmc-law.com

**For Defendants, Kevin Cwikla and Peter Gallo and William Raffile And Michael O'Sullivan, and Peter Karas and William Mahoney and Gary S. Devoe, In Their Capacity As Trustees Acting On The Behalf Of Each The Heat And Frost Insulators Local No. 33 Health Fund; The Heat And Frost Insulators Local No. 33 Pension Fund; and The Heat And Frost Insulators Local No. 33 Annuity Fund,**
Myron D. Rumeld, Esquire
Jacqueline M. Dorn, Esquire
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3021 – Myron
Tel: (212) 969-3000 - Jacqueline
Fax: (212) 969-2900
mrumeld@proskauer.com
jdorn@proskauer.com

Lissa J. Paris, Esquire
MURTHA CULLINA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Tel: (860) 240-6032
Fax: (860) 240-6150
lparis@murthalaw.com

Sabato P. Fiano, Esquire
LIETO & GREENBERG, LLP
40 Reef Road
Fairfield, CT 06824
Tel: (203) 615-1598
Fax: (203) 255-0037
sfiano@lietoandgreenberg.com

    //s//
John M. Wolfson, Esquire
Benjamin M. Wattenmaker, Esquire

s:\data\worddocs\litigation\grodsky\grodsky v. cwikla\pleadings\motion for extension of trial prep order04.doc