## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY GRODSKY & CO., INC. | : | CIVIL ACTION NO. |
| | : | 3:09-cv-00943 (PCD) |
| V. | : | |
| | : | |
| KEVIN CWIKLA and PETER GALLO and | : | |
| WILLIAM RAFFILE and MICHAEL O'SULLIVAN | : | |
| and PETER KARAS and WILLIAM MAHONEY and | : | |
| GARY S. DEVOE, in their capacity as | : | |
| TRUSTEES acting on the behalf of each | : | |
| THE HEAT AND FROST INSULATORS LOCAL | : | |
| NO. 33 HEALTH FUND; THE HEAT AND FROST | : | |
| INSULATORS LOCAL NO. 33 PENSION FUND; | : | |
| and THE HEAT AND FROST INSULATORS | : | |
| LOCAL NO. 33 ANNUITY FUND, and | : | |
| TURNER CONSTRUCTION COMPANY | : | DECEMBER 12, 2011 |

### PLAINTIFF HARRY GRODSKY & CO., INC.'S SIXTH MOTION FOR EXTENSION OF DEADLINES IN TRIAL PREPARATION ORDER

The Plaintiff, Harry Grodsky & Co., Inc., respectfully moves this Court for a Ninety (90) day extension of the deadlines set forth in this Court's Trial Preparation Order dated November 4, 2010, which deadlines were extended by this Court on November 15, 2010, March 1, 2011, June 2, 2011, and June 14, 2011 and September 13, 2011. Counsel for all parties consent to this motion.

This case is one of several cases involving the failure of several companies known as Womco Insulation, Inc., Petco Insulation Co., Inc., and Incor Group, Inc., and hundreds of thousands of dollars of unpaid bills resulting therefrom. This case, and a related case captioned Kevin Cwikla, et al v. Womco Insulation, Inc., et al, bearing Case No. 3:09-cv-486 (VLB), involve allegations of unpaid employee benefits to certain union pension and annuity funds.

The Plaintiff respectfully requests an additional extension of time, in that the related case, captioned <u>Kevin Cwikla, et al v. Womco Insulation, Inc., et al</u>, Case No. 3:09-cv-486 (VLB), was supposed to have been decided prior to today.  Originally, the Cwikla parties were represented by Attorney Sabato Fiano, Esq.  However, in mid 2011, Attorney Fiano was replaced by Attorney Myron D. Rumeld of Proskauer Rose LLP and Attorney Lissa J. Paris of Murtha Cullina LLP.  The case of  <u>Kevin Cwikla, et al v. Womco Insulation, Inc., et al</u>, Case No. 3:09-cv-486 (VLB), has still not been resolved, although the parties are diligently attempting to mediate that case before Magistrate Smith.  That case will be dispositive of the instant case.  Extensive and detailed briefs have been filed in <u>Kevin Cwikla, et al v. Womco Insulation, Inc., et al</u>, and additional briefing is due on December 27, 2011 and January 9, 2012.  A decision in <u>Kevin Cwikla, et al v. Womco Insulation, Inc., et al.</u>, will likely determine the outcome of the instant litigation. Counsel for Harry Grodsky and Co., Inc. and Counsel for the Cwikla parties have discussed the possibility of settlement, and it is in this light that the case has been referred to Magistrate Smith for mediation.

Additionally, the undersigned suggests that the parties appear before this Court for a status conference to discuss further scheduling in this case in order to appropriately utilize judicial resources.

Accordingly, the Plaintiff requests that the deadline for completing Sections A, B, and C of the Trial Preparation Order, and Trial Readiness date be extended by Ninety (90) days, to the following dates:

Section A:                                       From December 12, 2011, to **March 11, 2012;**

Section B:                                       From December 27, 2011, to **March 26, 2012;**

Section C:                                       From January 9, 2012, to **April 8, 2012;** and

Trial Readiness Date:          From January 9, 2012, to **April 8, 2012.**

The undersigned contacted counsel for the Defendants, Myron D. Rumeld, Esquire, and counsel for Defendant, Turner Construction Company, Bernard E. Jacques, Esquire, who both consent to this Motion for Extension of the Deadlines.

This is the Plaintiff's Sixth (6th) request for an extension of time with respect to this matter.  The parties greatly appreciate the Court's assistance in this matter.

## CONCLUSION

**WHEREFORE**, for all of the foregoing reasons, the Plaintiff, Harry Grodsky & Co., Inc., respectfully requests that this Court grant this request for an extension of the foregoing deadlines.

**THE PLAINTIFF,**
**HARRY GRODSKY & CO., INC.**


By:_____//s//_____
      John M. Wolfson, Esq.
      Federal Bar No. ct03538
      Benjamin M. Wattenmaker, Esq.
      Federal Bar No. ct26923
      FEINER WOLFSON LLC
      One Constitution Plaza
      Suite 900
      Hartford, CT 06103-2819
      Tel:  (860) 713-8900
      Fax:  (860) 713-8905
      jwolfson@feinerwolfson.com
      bwattenmaker@feinerwolfson.com

## <u>CERTIFICATION</u>

I hereby certify that, on this *12th* day of ***December***, *2011*, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

**For Defendant, Turner Construction Co.**
Bernard E. Jacques, Esquire
Thomas G. Librizzi, Esquire
MCELROY, DEUTSCH, MULVANEY & CARPENTER
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 241-2662 – Bernard
Tel: (860) 241-2628 - Thomas
Fax: (860) 522-2796
bjacques@mdmc-law.com
tlibrizzi@mdmc-law.com

**For Defendants, Kevin Cwikla and Peter Gallo and William Raffile And Michael O'Sullivan, and Peter Karas and William Mahoney and Gary S. Devoe, In Their Capacity As Trustees Acting On The Behalf Of Each The Heat And Frost Insulators Local No. 33 Health Fund; The Heat And Frost Insulators Local No. 33 Pension Fund; and The Heat And Frost Insulators Local No. 33 Annuity Fund,**
Myron D. Rumeld, Esquire
Jacqueline M. Dorn, Esquire
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3021 – Myron
Tel: (212) 969-3000 - Jacqueline
Fax: (212) 969-2900
mrumeld@proskauer.com
jdorn@proskauer.com

Lissa J. Paris, Esquire
MURTHA CULLINA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Tel: (860) 240-6032
Fax: (860) 240-6150
lparis@murthalaw.com

Sabato P. Fiano, Esquire
LIETO & GREENBERG, LLP
40 Reef Road
Fairfield, CT 06824
Tel: (203) 615-1598
Fax: (203) 255-0037
sfiano@lietoandgreenberg.com

_____//s//_____
John M. Wolfson, Esquire
Benjamin M. Wattenmaker, Esquire

s:\data\worddocs\litigation\grodsky\grodsky v. cwikla\pleadings\cwikla v womco - motion for extension of part a of trial prep order number - 06     12-12-2011.doc