UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY GRODSKY & CO., INC. | : | CIVIL ACTION NO. |
| | : | 3:09-cv-00943 (PCD) |
| V. | : | |
| | : | |
| KEVIN CWIKLA and PETER GALLO and | : | |
| WILLIAM RAFFILE and MICHAEL O'SULLIVAN | : | |
| and PETER KARAS and WILLIAM MAHONEY and | : | |
| GARY S. DEVOE, in their capacity as | : | |
| TRUSTEES acting on the behalf of each | : | |
| THE HEAT AND FROST INSULATORS LOCAL | : | |
| NO. 33 HEALTH FUND; THE HEAT AND FROST | : | |
| INSULATORS LOCAL NO. 33 PENSION FUND; | : | |
| and THE HEAT AND FROST INSULATORS | : | |
| LOCAL NO. 33 ANNUITY FUND, and | : | |
| TURNER CONSTRUCTION COMPANY | : | JANUARY 6, 2012 |

**MOTION TO STAY PENDING REFERRAL FOR MEDIATION**

The Plaintiff, Harry Grodsky & Co., Inc., respectfully moves this Court for a stay of the deadlines in the Scheduling Order pending referral of this litigation to Magistrate Judge Thomas P. Smith for a Settlement Conference. In support of this motion, the Plaintiff further states:

1. This case is one of several cases involving the failure of Womco Insulation, Inc., Petco Insulation Co., Inc., and Incor Group, Inc., and hundreds of thousands of dollars of unpaid bills resulting therefrom, including *Kevin Cwikla, et al v. Womco Insulation, Inc., et al*, Case No. 3:09-cv-486 (VLB) (the "Cwikla Litigation"). This case arises from the same nucleus of operative of facts as the Cwikla Litigation, and involves the same parties.

2. On December 29, 2011, Judge Bryant granted the parties' Joint Motion to refer the Cwikla Litigation to Magistrate Judge Thomas P. Smith for the purpose of engaging in a settlement conference.

3. This case should also be referred to Magistrate Judge Smith for mediation so that all of the related claims in federal court can be voluntarily resolved at the same time.

4. The undersigned counsel has contacted the attorneys for all parties in this case, and they have all assented to the relief requested by this Motion. If the mediation is not successful the undersigned agree immediately to recommence the litigation of this matter to bring it to a prompt conclusion.

5. This is the first request for a stay pending referral to a Magistrate Judge for a settlement conference.

## CONCLUSION

For all of these reasons, the Plaintiff, Harry Grodsky & Co., Inc., respectfully requests that this Court grant this request for a stay pending referral to Magistrate Judge Smith, so that all of the related claims in federal court can be voluntarily resolved at the same time.

                                                **THE PLAINTIFF,**
                                                **HARRY GRODSKY & CO., INC.**

                                                By:  //s//
                                                   John M. Wolfson, Esq.
                                                   Federal Bar No. ct03538
                                                 Benjamin M. Wattenmaker, Esq.
                                                   Federal Bar No. ct26923
                                                 FEINER WOLFSON LLC
                                                 One Constitution Plaza
                                                 Suite 900
                                                 Hartford, CT 06103-2819
                                                 Tel:  (860) 713-8900
                                                 Fax:  (860) 713-8905
                                                 jwolfson@feinerwolfson.com
                                                 bwattenmaker@feinerwolfson.com

# CERTIFICATION

I hereby certify that, on this 6th day of January, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

    **For Defendant, Turner Construction Co.**
    Bernard E. Jacques, Esquire
    Thomas G. Librizzi, Esquire
    MCELROY, DEUTSCH, MULVANEY & CARPENTER
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Tel: (860) 241-2662 – Bernard
    Tel: (860) 241-2628 - Thomas
    Fax: (860) 522-2796
    bjacques@mdmc-law.com
    tlibrizzi@mdmc-law.com

    **For Defendants, Kevin Cwikla and Peter Gallo and William Raffile And Michael O'Sullivan, and Peter Karas and William Mahoney and Gary S. Devoe, In Their Capacity As Trustees Acting On The Behalf Of Each The Heat And Frost Insulators Local No. 33 Health Fund; The Heat And Frost Insulators Local No. 33 Pension Fund; and The Heat And Frost Insulators Local No. 33 Annuity Fund,**
    Myron D. Rumeld, Esquire
    Jacqueline M. Dorn, Esquire
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036-8299
    Tel: (212) 969-3021 – Myron
    Tel: (212) 969-3000 - Jacqueline
    Fax: (212) 969-2900
    mrumeld@proskauer.com
    jdorn@proskauer.com

Lissa J. Paris, Esquire
MURTHA CULLINA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Tel: (860) 240-6032
Fax: (860) 240-6150
lparis@murthalaw.com

Sabato P. Fiano, Esquire
LIETO & GREENBERG, LLP
40 Reef Road
Fairfield, CT 06824
Tel: (203) 615-1598
Fax: (203) 255-0037
sfiano@lietoandgreenberg.com

 //s//
 John M. Wolfson, Esquire
 Benjamin M. Wattenmaker, Esquire

s:\data\worddocs\litigation\grodsky\grodsky v. cwikla\pleadings\grodsky v cwikla - motion for stay pending referral to magistrate smith   01_06_2012.doc